IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA RAYE POHL,

                    Plaintiff,                         ORDER

        v.                                 15-cv-425-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

---

Plaintiff Melissa Raye Pohl filed this *pro se* civil action under 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits. The United States Marshals Service was directed to serve the defendant and on September 21, 2015, defendant filed a motion to dismiss. Plaintiff did not respond to the motion. Instead, on October 22, 2015, the briefing notice sent to plaintiff was returned "unclaimed, unable to forward," Dkt. 13.

It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who

1

invokes the processes of the federal courts is responsible for maintaining communication with the court during the pendency of his lawsuit."). Plaintiff has failed to provide the court with a current address, and it appears that she has either not received the motion to dismiss or has chosen not to respond to it. Accordingly, this case will be dismissed without prejudice for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that the complaint filed by plaintiff Melissa Raye Pohl is DISMISSED without prejudice for plaintiff's failure to prosecute it. Relief from this order may be granted upon a showing of good cause.

Entered November 12, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2