IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA POHL,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-425-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for failure to prosecute.

| /s/ | 11/12/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |