IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA RAYE POHL,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                            15-cv-425-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing this case.

| /s/ | 1/12/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |